```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

BEPC ASSOCIATES LLC,

       Plaintiff,

  -against-

PS BRANDS, LLC and DOLLAR TREE
STORES, INC.,

       Defendants.

------------------------------------x

11 Civ. 7413 (DAB)

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants PS Brands, LLC and Dollar Tree Stores, Inc. to appear, answer, move, or otherwise respond to the Complaint in the above proceeding shall be extended to and including November 28, 2011.

Dated: New York, New York
   November 8, 2011

By: _____
  Joseph Sasson, Esq.
  jsasson@edjnj.com

500 7th Avenue, 16th Floor
New York, NY 10018
(212) 629-9600 x1103

*Attorney for PS Brands, LLC*

DEBEVOISE & PLIMPTON LLP

By: /s/ Andrew L. 
David H. Bernstein
dhbernst@debevoise.com
Andrew M. Levine
amlevine@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Dollar Tree Stores, Inc.*

EPSTEIN DRANGEL LLP

By: /s/ Robert Epstein
Robert L. Epstein, Esq.
repstein@ipcounselors.com

60 East 42nd Street, Suite 2410
New York, New York 10165
(212) 292-5390

*Attorneys for BHPC Associates LLC*

SO ORDERED:

/s/ Deborah A. Batts
Honorable Deborah A. Batts
United States District Judge

11/8/11