USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BHPC ASSOCIATES LLC,

                 Plaintiff,

-against-

PS BRANDS, LLC and DOLLAR TREE STORES, INC.

                 Defendants.

11 Civ. 7413 (DAB)

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

---

    IT IS HEREBY STIPULATED *AND* AGREED, by and between the undersigned counsel, that the time for defendants PS Brands, LLC and Dollar Tree Stores, Inc. to appear, answer, move, or otherwise respond to the Complaint in the above proceeding shall be extended to and including December 15, 2011.

    The original date to respond to the Complaint of November 11, 2011 was extended by stipulation of the parties, with the approval of this Court, until November 28, 2011. The parties jointly seek this second extension to provide time to discuss a possible settlement of this case.

Dated: New York, New York
       November 21, 2011

By: _____
      Joseph Sasson, Esq.
      jsasson@adjmi.com

500 7th Avenue, 16th Floor
New York, NY 10018
(212) 629-9600 x1103

*Attorney for PS Brands, LLC*

DEBEVOISE & PLIMPTON LLP

By: _/s/ Anil_____

David H. Bernstein, Esq.
dhbernst@debevoise.com
Andrew M. Levine, Esq.
amlevine@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Dollar Tree Stores, Inc.*

EPSTEIN DRANGEL LLP

By: _/s/ Robert L. Epstein_____

Robert L. Epstein, Esq.
repstein@ipcounselors.com

60 East 42nd Street, Suite 2410
New York, New York 10165
(212) 292-5390

*Attorneys for BHPC Associates LLC*

SO ORDERED:

_/s/ Deborah A. Batts_____  11/21/11
Honorable Deborah A. Batts
United States District Judge

2