## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BHPC ASSOCIATES LLC,

       Plaintiff

      v.                          Civil Action No. 11 Civ 7413(DAB)

PS BRANDS, LLC

and

DOLLAR TREE STORES, INC.

       Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


### NOTICE OF DISMISSAL WITH PREJUDICE


    Plaintiff, BHPC Associates LLC, by its undersigned attorneys and pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), hereby gives notice of the dismissal of the above-captioned action, with prejudice, with each party to bear its own attorney's fees, costs and expenses.


DATED: December 7, 2011          EPSTEIN DRANGEL LLP

                          By:

                          Robert L. Epstein, Esq.  (RE 8941)
                          60 East 42nd Street, Suite 2410
                          New York, New York 10165
                          Tel. No.:  (212) 292 5390
                          Fax. No.: (212) 292-5391

                        Attorneys for Plaintiff BHPC Associates LLC